## CONTINENTAL TELEPHONE CO. v. GUNTER

No. 455P90

Case below: 99 N.C.App. 741

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## CORDER v. ALLENTON, INC.

No. 334P90

Case below: 99 N.C.App. 221

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## CURRIN-DILLEHAY BLDG. SUPPLY v. FRAZIER

No. 485P90

Case below: 100 N.C.App. 188

Notice of appeal by defendants pursuant to G.S. 7A-30 dismissed 5 December 1990. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## FARLOW v. FARLOW

No. 230P90

Case below: 98 N.C.App. 340

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

## FLOYD v. N.C. DEPT. OF COMMERCE

No. 337P90

Case below: 99 N.C.App. 125; 327 N.C. 482

Motion by plaintiff for reconsideration of petition for discretionary review dismissed 8 November 1990.